# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff(s),<br><br>v.<br><br>JOECOOL.COM, LLC, et al.,<br><br>            Defendant(s). | Case No. 2:25-cv-00076-CDS-NJK<br><br>**Order**<br><br>[Docket No. 7] |

Pending before the Court is Plaintiff's motion to extend time to effectuate service. Docket No. 7. The Court must extend the service deadline upon a showing of good cause and possesses discretion to extend the deadline even in the absence of good cause. *See* Fed. R. Civ. P. 4(m); *see also in re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001). The circumstances presented in the motion warrant an extension. Accordingly, the motion to extend is GRANTED. The deadline to effectuate service is EXTENDED to July 24, 2025.

IT IS SO ORDERED.

Dated: April 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1