# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOECOOL.COM, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00076-CDS-NJK<br><br>**Order** |

Defendants JoeCool.com, LLC and Joseph Ariel Haber waived service months ago and their deadline to respond to the complaint has lapsed. *See* Docket Nos. 4, 5. Neither of these Defendants has responded to the complaint, sought an extension of the applicable deadline, or otherwise appeared to defend the case. Moreover, Plaintiff has not sought default or otherwise advanced the case against these Defendants. Plaintiff is ORDERED to file a status report by April 18, 2025, explaining why the case has stalled with respect to these Defendants.

IT IS SO ORDERED.

Dated: April 11, 2025

                                                                                                    _____
                                                                                                    Nancy J. Koppe
                                                                                                    United States Magistrate Judge

1