UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOECOOL.COM, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00076-CDS-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is Plaintiff's motion to extend the time for service, and to serve Defendant Robert Tye Cournoyer by publication and other alternative means. Docket No. 17.

**I.     EXTENSION REQUEST**

Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). Plaintiff established sufficient cause to extend the time for effectuating service to October 6, 2025.

**II.    SERVICE BY PUBLICATION OR OTHER ALTERNATIVE MEANS**

Due process requires that a defendant in a civil action be given notice of the action that is reasonably calculated to apprise the defendant of the pendency of the action and afford the defendant an opportunity to present his or her objection. *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). Service by publication or other alternative means is permitted upon a showing that service by traditional means is impracticable because the defendant cannot be located through due diligence. *See, e.g.*, Nev. R. Civ. P. 4.4(b)(1)-(2); Nev. R. Civ. P. 4.4(c). Courts have considerable discretion in deciding whether alternative service should be permitted. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002).

The record has detailed numerous unsuccessful attempts to locate Defendant Cournoyer to enable service on him. *See, e.g.*, Docket Nos. 7-1, 7-2, 7-3. Plaintiff also presents evidence that

1

Defendant Cournoyer is purposefully evading service, including deposition testimony from his son. *See, e.g.*, Docket No. 17-14 at 3. In addition, the motion presents the foundation to show that the methods of alternative service are legally sound and are warranted by the circumstances. *See* Docket No. 17.

### III. CONCLUSION

Accordingly, the Court **GRANTS** Plaintiff's motions to extend the time for service, and to serve Defendant Cournoyer by publication and other alternative means. The time for effectuating service is extended to October 6, 2025. Plaintiff is permitted to effectuate service on Defendant Cournoyer by personally serving Kylie Cournoyer and by emailing the complaint and summons to robcournoyer@gmail.com. Plaintiff is also permitted to serve Defendant Cournoyer by publication in the Dallas Morning News and Miami Herald on a weekly basis for a period of four weeks.

IT IS SO ORDERED.

Dated: August 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge